Case 7:22-cv-05506-KMK-VR   Document 21   Filed 07/24/23   Page 1 of 1



# SOBO & SOBO
## PERSONAL INJURY ATTORNEYS

One Dolson Avenue
Middletown, NY 10940
Voice: (855) 468-7626
Fax: (845) 343-0929

N.Y. Offices:
Bronx
Manhattan
Middletown
Monticello
Newburgh
Poughkeepsie
Spring Valley

July 24, 2023

*Via Electronic Filing*

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601

    Re:  Joseph Charles v. Lowe's Home Center, LLC
          Index No.: 7:22-cv-05506-KMK-PED
          Passing of Client

Dear Judge Karas:

We represent the Plaintiff in the above-captioned matter.

Please be aware that this morning, July 24, 2023, our office was informed that our client, Joseph Charles, had passed away in his home on Saturday, July 22nd.

In light of the foregoing, we respectfully request a stay of the proceedings to afford Mr. Charles's family an appropriate amount of time to deal with their loss and establish an estate for the deceased.

As Mr. Charles, to our knowledge, left no spouse or children, we believe the estate will be administered by his brother and sister. Both siblings live in Florida and will be coming to New York to make funeral arrangements in the next two days.

Thank you for your consideration.

Respectfully,

Sobo & Sobo, LLP

*Juliana O'Grady*
Juliana O'Grady, Esq.

cc: Kenneth Bostick, Esq. - Goldberg, Segalla (for defendant, Lowes)

> Granted. Plaintiff's counsel is to update the Court by 8/24/23.
>
> So Ordered.
> 7/25/23

SoboLaw.com