**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSEPH CHARLES,

                Plaintiff,

  -against-                                     22 **CIVIL** 5506 (KMK)

**JUDGMENT**

LOWE'S OF POUGHKEEPSIE #0541,
LOWES HOME CENTERS, LLC, *and*
LOWE'S HOME CENTERS, INC,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 22, 2025, the Court has denied Plaintiff's Motion and has granted Defendant's Motion; accordingly, the case is closed.

**Dated:**  New York, New York

      September 23, 2025

                                                     **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                          **BY:**        K. Mango

                                                        **Deputy Clerk**